THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN WALZ, Appellant.

*Crimes — manslaughter in second degree — judgment of conviction affirmed.*

*People v. Walz,* 212 App. Div. 840, affirmed.
(Argued October 23, 1925; decided November 24, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered March 3, 1925, which affirmed a judgment of the Madison County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree.

*R. D. Woolsey* and *E. A. Kiley* for appellant.
*William L. Burke, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.